Whitney A. Leonard
whitney@sonosky.net
Richard D. Monkman
rdm@sonosky.net
Chloe E. Cotton
chloe@sonosky.net
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
510 L Street, Suite 310
Anchorage, Alaska 99501
Telephone: (907) 258-6377
Facsimile: (907) 272-8332

*Counsel for Native Village of Eklutna*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Brian Holl, Julie Jorlett, John Sarvela, Marilyn Sarvela, Sean Barnett, Lori Barnett, Dustin Loughman, And Tiffani Loughman,<br><br>   Plaintiffs,<br><br>  v.<br><br>Sharon Avery *in her official capacity as Acting Chairwoman of the National Indian Gaming Commission*, and Native Village of Eklutna,<br><br>   Defendants. | Case No. 3:24-cv-00273 SLG |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Whitney A. Leonard, Richard D. Monkman, and Chloe E. Cotton of Sonosky, Chambers, Sachse, Miller & Monkman, LLP, enter their

appearance as counsel for Defendant Native Village of Eklutna in the above-captioned matter.

DATED this 27th day of January, 2025 at Anchorage, Alaska.

        SONOSKY, CHAMBERS, SACHSE
        MILLER & MONKMAN, LLP

By: */s/ Whitney A. Leonard*
    Whitney A. Leonard
    Alaska Bar No. 1711064
    Richard D. Monkman
    Alaska Bar No. 8011101
    Chloe E. Cotton
    Alaska Bar No. 2011103

**Certificate of Service**

The undersigned certifies that on the 27th day of January, 2025, a copy of the foregoing document was served via ECF on:

Donald Craig Mitchell
dcraigm@aol.com

and via U.S. Mail on:

S. Lane Tucker, U.S. Attorney for the
District of Alaska
c/o Civil Process Clerk
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513

James McHenry, Acting Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

Sharon Avery, NIGC Acting Chairwoman
1849 C Street NW, Mail Stop #1621
Washington, DC 20240

*/s/ Whitney A. Leonard*
Whitney A. Leonard