# UNITED STATES COURTS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN THE MATTER OF THE DESIGNATION OF A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT | **ORDER** (28 U.S.C. § 292(b)) |

*For the Purpose of Presiding Over a Specific Case*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **James L. Robart**, United States Senior District Judge for the Western District of Washington, to temporarily perform the duties of United States District Judge for the District of Alaska beginning on February 4, 2025, for the following specific case: *Holl et al v. Avery et al*, 3:24-cv-00273.

DATED this 4th day of February 2025.

_____
Mary H. Murguia
Chief Circuit Judge