Whitney A. Leonard
whitney@sonosky.net
Richard D. Monkman
rdm@sonosky.net
Chloe E. Cotton
chloe@sonosky.net
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
510 L Street, Suite 310
Anchorage, Alaska 99501
Telephone: (907) 258-6377
Facsimile: (907) 272-8332
*Counsel for Native Village of Eklutna*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Brian Holl, Julie Jorlett, John Sarvela, Marilyn Sarvela, Sean Barnett, Lori Barnett, Dustin Loughman, and Tiffani Loughman,<br><br>    Plaintiffs,<br><br>    v.<br><br>Sharon Avery in her official capacity as Acting Chairwoman of the National Indian Gaming Commission, and Native Village of Eklutna,<br><br>    Defendants. | Case No. 3:24-cv-00273-JLR |

**DECLARATION OF AARON LEGGETT
IN SUPPORT OF DEFENDANT NATIVE VILLAGE OF EKLUTNA'S
MOTION TO DISMISS FIRST AMENDED COMPLAINT**

I, Aaron Leggett, declare pursuant to 28 U.S.C. § 1746 that:

1. I currently serve as President of the Native Village of Eklutna ("the Tribe"), a federally recognized Indian tribe. I was elected President on January 27, 2018 and have been reelected twice since then, and have served in that position since that date.

2. As President I am the presiding officer of the Eklutna Traditional Tribal Council ("Tribal Council") and the highest-ranking elected official of the Tribe. I make this declaration based on my personal knowledge in my role as an elected official of the Tribe.

3. Pursuant to the Tribe's Constitution, the Tribal Council is the governing body of the Tribe. The Tribe's sovereign powers are vested in the Tribal Council, and only the Tribal Council has authority to waive the Tribe's sovereign immunity.

4. The Tribal Council has not waived, nor authorized waiver of, its sovereign immunity in this matter, and it has not consented to this Court's jurisdiction to decide Plaintiffs' claims in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 18, 2025.

_____
Aaron Leggett