DONALD CRAIG MITCHELL
1335 F Street
Anchorage, Alaska 99501
(907) 276-1681
dcraigm@aol.com

Attorney for Plaintiffs


## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| BRIAN HOLL, et al., ) | |
| ) | |
|      Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:24-cv-00273 JLR |
| SHARON AVERY, in her official ) | |
| capacity as Acting Chairwoman ) | |
| of the National Indian Gaming ) | |
| Commission, and NATIVE VILLAGE ) | |
| OF EKLUTNA, ) | |
| ) | |
|      Defendants. ) | |
| _____) | |


### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Civil Rule 7.1(f) the plaintiffs request the court to hear oral argument regarding defendant Native Village of Eklutna's motion to dismiss (Docket 13).

DATED: March 10, 2025

Respectfully Submitted,


s/ Donald Craig Mitchell
_____

DONALD CRAIG MITCHELL
Alaska Bar No. 7605046

Attorney for Plaintiffs