DONALD CRAIG MITCHELL
1335 F Street
Anchorage, Alaska 99501
(907) 276-1681
dcraigm@aol.com

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRIAN HOLL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:24-cv-00273 JLR |
| SHARON AVERY, in her official capacity as Acting Chairwoman of the National Indian Gaming Commission, and NATIVE VILLAGE OF EKLUTNA, | ) |
| Defendants. | ) |

**MOTION TO DISMISS SEAN AND LORI BARNETT AS PLAINTIFFS**

Plaintiffs Sean Barnett and Lori Barnett move the court to dismiss Sean Barnett and Lori Barnett as plaintiffs in this action. Defendant Sharon Avery and defendant Native Village of Eklutna do not oppose this motion.

DATED: March 12, 2025

Respectfully Submitted,

s/ Donald Craig Mitchell
_____
DONALD CRAIG MITCHELL
Alaska Bar No. 7605046

Attorney for Plaintiffs

**Certificate of Service**

On March 12, 2025 I served a copy of Motion to Dismiss Sean and Lori Barnett as Plaintiffs, and proposed Order via CM/ECF on Whitney Leonard, Richard Monkman, Chloe Cotton, and Amanda Eubanks.

s/ Donald Craig Mitchell
_____
DONALD CRAIG MITCHELL