DONALD CRAIG MITCHELL
1335 F Street
Anchorage, Alaska 99501
(907) 276-1681
dcraigm@aol.com

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRIAN HOLL, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SHARON AVERY, in her official ) <br> capacity as Acting Chairwoman ) <br> of the National Indian Gaming ) <br> Commission, and NATIVE VILLAGE ) <br> OF EKLUTNA, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 3:24-cv-00273 JLR |

## ~~PROPOSED~~ ORDER GRANTING MOTION TO DISMISS
## SEAN AND LORI BARNETT AS PLAINTIFFS

IT IS ORDERED that the motion of plaintiffs Sean Barnett and Lori Barnett requesting that they be dismissed as plaintiffs in this action is GRANTED.

DATED: <u>March 12,</u> 2025

_____
JAMES L. ROBART
District Judge