Whitney A. Leonard
whitney@sonosky.net
Richard D. Monkman
rdm@sonosky.net
Chloe E. Cotton
chloe@sonosky.net
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
510 L Street, Suite 310
Anchorage, Alaska 99501
Telephone: (907) 258-6377
Facsimile: (907) 272-8332

*Counsel for Native Village of Eklutna*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Brian Holl, Julie Jorlett, John Sarvela, Marilyn Sarvela, Dustin Loughman, and Tiffani Loughman,<br><br>Plaintiffs,<br><br>v.<br><br>Sharon Avery *in her official capacity as Acting Chairwoman of the National Indian Gaming Commission*, and Native Village of Eklutna,<br><br>Defendants. | Case No. 3:24-cv-00273-JLR |

**NATIVE VILLAGE OF EKLUTNA'S
RESPONSE TO NOTICE OF RELATED CASE**

Pursuant to LCvR 16.1(e), the Native Village of Eklutna ("Tribe") submits this response to the Notice of Related Case filed by Defendant Avery (ECF No. 18).

The Tribe agrees that the above-captioned case is related to *State of Alaska v. Department of the Interior et al.*, No. 1:25-cv-00330 (D.D.C.). For the reasons described in Defendant Avery's notice, the two cases meet the definition of related cases under LCvR 3.1. The Tribe joins Defendant Avery's request for common judicial assignment in the District of Alaska, which will promote judicial efficiency.

Respectfully submitted March 14, 2025, at Anchorage, Alaska.

SONOSKY, CHAMBERS, SACHSE
MILLER & MONKMAN, LLP

By: */s/ Whitney A. Leonard*
Whitney A. Leonard
Alaska Bar No. 1711064
Richard D. Monkman
Alaska Bar No. 8011101
Chloe E. Cotton
Alaska Bar No. 2011103

**Certificate of Service**

The undersigned certifies that on the 14th day of March 2025, a copy of the foregoing document was served via ECF on:

Donald Craig Mitchell
dcraigm@aol.com

Amanda Eubanks
amanda.eubanks@usdoj.gov

*/s/ Whitney A. Leonard*
Whitney A. Leonard