ADAM R.F. GUSTAFSON
Deputy Assistant Attorney General
Environment & Natural Resources Division

CHARMAYNE G. STALOFF, Trial Attorney
Tribal Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone: (202) 305-5628
Email: charmayne.staloff@usdoj.gov

*Counsel for the United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRIAN HOLL, et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHARON AVERY, in her official capacity as Acting Chairwoman of the National Indian Gaming Commission, and NATIVE VILLAGE OF EKLUTNA<br><br>　　　　Defendants. | Case No. 3:24-cv-00273-JLR |

## DEFENDANT AVERY'S NOTICE OF SUBSTITUTION OF COUNSEL OF CHARMAYNE G. STALOFF; WITHDRAWAL OF AMANDA EUBANKS

Pursuant to Local Rule 11.1(c)(5), Federal government counsel hereby gives

notice of substitution of counsel. Please enter the appearance of Charmayne G. Staloff,

U.S. Department of Justice, as counsel for Defendant Avery. Please remove Amanda

Notice of Substitution of Counsel　　　　　　　　　　　　　　　　　Page **1** of 2
*Holl. v. Avery*, Case No. 3:24-cv-00273-JLR
Case 3:24-cv-00273-JLR　　Document 34　　Filed 05/29/25　　Page 1 of 3

Eubanks as counsel for Defendant Avery.

Ms. Staloff's contact information is as follows:

>Charmayne G. Staloff
>U.S. Department of Justice
>Environment & Natural Resources Division
>Tribal Resources Section
>P.O. Box 7611, Ben Franklin Station
>Washington, DC 20044-7611
>Telephone: (202) 305-5628
>Email: charmayne.staloff@usdoj.gov

DATED: May 29, 2025.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ *Charmayne G. Staloff*
CHARMAYNE G. STALOFF, Trial Attorney
Tribal Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-5628
Fax: (202) 514-8865
Email: charmayne.staloff@usdoj.gov

OF COUNSEL:
Danielle Wu, Staff Attorney
Esther Dittler, Acting Associate
    General Counsel
Rea Cisneros, Acting General Counsel
National Indian Gaming Commission

*Counsel for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2025, a copy of the foregoing Notice of Substitution of Counsel was served via ECF on:

Counsel for Plaintiffs:

    Donald Craig Mitchell

Counsel for Defendant Native Village of Eklutna:

    Whitney A. Leonard
    Richard D. Monkman
    Chloe E. Cotton

                                    */s/* Charmayne G. Staloff
                                    CHARMAYNE G. STALOFF
                                    *Counsel for the United States*