```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ALASKA

BRIAN HOLL, et al.,              )
                                 )
         Plaintiffs,             )
                                 )
v.                               )
                                 ) Case No. 3:24-cv-00273 JLR
SHARON AVERY, et al.,            )
                                 )
         Defendants.             )
_____)
```

(Proposed) **ORDER**

IT IS ORDERED that plaintiffs' motion requesting the court to reconsider its Order (June 27, 2025) is GRANTED.

Dated this ___ day of July, 2025

_____
JAMES R. ROBART
United States District Judge